UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:09-cr-013-GMN-VCF |
| | ) | |
| RICHARD ANDREW BROKER, | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On February 19, 2013, the Court allowed David R. Fischer, Esq. to withdraw as counsel and ordered new counsel appointed (#110).  Therefore;

**IT IS HEREBY ORDERED** that **Angela H. Dows, Esq.** is appointed as counsel for Richard Andrew Broker in place of David R. Fischer, Esq. for all future proceedings.

**IT IS FURTHER ORDERED** that Mr. Fischer shall forward the file to Ms. Dows **forthwith**.

**DATED**  this 21st  day of February, 2013.

**NUNC PRO TUNC:  February 20,  2013.**

_____
Gloria M. Navarro
United States District Judge