# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
  vs. ) Case No.: 2:09-cr-00013-GMN-VCF
)
RICHARD ANDREW BROKER, ) **ORDER**
)
          Defendant. )
)

On March 8, 2013, this Court entered an Order granting the United States of America's Motion for Psychiatric or Psychological Evaluation of Defendant, RICHARD ANDREW BROKER. (ECF No. 119.)

On June 3, 2013, this Court received and reviewed the written evaluation of RICHARD ANDREW BROKER prepared by Judith B. Campbell, Ph.D., Forensic Psychologist at the Federal Bureau of Prisons, Federal Medical Center, in Lexington, Kentucky.

For good cause appearing,

**IT IS HEREBY ORDERED** that RICHARD ANDREW BROKER shall be detained at the Federal Bureau of Prisons, Federal Medical Center in Lexington, Kentucky, until a status check can be held before this Court to determine whether the defendant is competent to stand trial, or until further order of this Court.

**IT IS FURTHER ORDERED** that if RICHARD ANDREW BROKER is found to be incompetent, then he will be designated and moved to an inpatient unit in the Bureau of Prisons for the purposes of treatment and restoration.

**DATED** this 10th day of June, 2013.

                                                              _____
                                                              Gloria M. Navarro
                                                              United States District Judge